**Walter E. EMMICK, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28525.**

Court of Criminal Appeals of Texas.

Jan. 9, 1957.

A. C. Cooke, Boling & Griffith, Lubbock, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

It is now made to appear that the appellant died on the 18th day of December, 1956, while confined in the Gaines County jail and awaiting the outcome of the appeal in this case.

Accordingly, the opinion heretofore rendered in this case is withdrawn and the appeal is now abated because of the death of the appellant.